WALTER N. SMITH et al., Appellants, v. WILLIAM O'DWYER et al., Constituting the Board of Estimate of the City of New York, et al., Respondents.

Submitted May 21, 1951; decided June 1, 1951.

*John P. McGrath, Corporation Counsel (Barbara Carroll* of counsel), for motion.

*Walter N. Smith,* in person, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.